United States District Court
Southern District of Texas
**ENTERED**
March 28, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HALLIBURTON ENERGY SERVICES, INC., § § § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:17-CV-752 |
| § § | |
| IRONSHORE SPECIALTY INSURANCE COMPANY, § § § § | |
| Defendant. § | |

# FINAL JUDGMENT

Plaintiff Halliburton Energy Services, Inc. brought this declaratory judgment and breach of contract suit against Ironshore Specialty Insurance Company. For the reasons stated in the Court's Memorandum and Order granting Ironshore's Motion to Dismiss for Lack of Personal Jurisdiction (Doc. No. 47), the case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 27th day of March, 2018.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE